UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CARGILL, INCORPORATED and<br>CONTINENTAL GRAIN COMPANY,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>: Civil Action<br>: No. 99-1875 (GK)<br>:<br>:<br>:<br>: |

**FILED**

JUN 3 0 2000

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court on the Motion by the United States for Entry of Final Judgment [#22]. Upon consideration of the motion, the public comments filed in response to the proposed final judgment, and the United States' report, for the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of June 2000, hereby

**ORDERED**, that the Motion by the United States for Entry of Final Judgment [#22] is **granted**, and the Final Judgment shall be entered.

　　　　　　　　　　　　　　　　　　　_/s/ Gladys Kessler_
　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　United States District Judge

**Copies to:**

Robert L. McGeorge
U.S. Department of Justice
Antitrust Division
325 7th Street, NW, Suite 500
Washington, DC  20530

David J. Butler
Swidler, Berlin, Shereff & Friedman, L.L.P.
3000 K Street, NW
Washington, DC 20007-5116

Marc Gary Schildkraut
Howrey & Simon
1299 Pennsylvania Avenue,
Washington, DC 20004-2402